PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: MICHAEL KAPRAL                  Cr.: 94-299-01&
                                                                                                                             Cr.: 94-448-01

Name of Sentencing Judicial Officer: Alfred M. Wolin, U.S.D.J.

*This case was subsequently re-assigned to the Honorable Dickinson R. Debeviose, U.S.D.J. on December 21, 2005.

Date of Original Sentence: 05/25/95

Original Offense: **Count One of Superceding Criminal Information No.: 94-448-01: Conspiracy to Distribute and to Possess with Intent to Distribute in Excess of 700 Grams of Methamphetamine, in violation of 21 U.S.C. § 846; Count Two of Indictment No.: 94-299-01, Income Tax Evasion, in violation of 26 U.S.C. § 7201;**

Original Sentence: Count One of Superceding Criminal Information No. 94-448-01: 120 months incarceration to be followed by eight (8) years supervised release. A $25,000 fine and $50 special assessment penalty were also imposed. Count Two of Indictment No. 94-00299-01: 60 months incarceration, to be followed by three (3) years supervised release, concurrent to docket number 94-00448-01. A $25,000 fine and $50 special assessment penalty were also imposed which were ordered to run consecutive to docket number 94-00229-001. Special conditions include: Alcohol testing and/or treatment as recommended by the U.S. Probation Office; cooperation with the IRS by filing all delinquent or amended returns within a time period established by the U.S. Probation Office and to timely file all future returns that come due during the period of probation; full financial disclosure.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 04/05/04

## PETITIONING THE COURT

[ ]    To extend the term of supervision for        Years, for a total term of        Years.
[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

      The defendant is to be confined to his residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

PROB 12B - Page 2
Michael Kapral

## CAUSE

On February 8, 2006, the offender was convicted of Driving Under the Influence of Alcohol in Stratford Municipal Court, Stratford, New Jersey, Summons No. S49443. He was subsequently assessed $769 in fines and penalties, ordered to complete a 12 hour impaired driver program (IDRC), and he received a 90 day suspension of his New Jersey driver license.

Respectfully submitted,

By: Justine P. Maddick
U.S. Probation Officer
Date: 05/19/06

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

May 25, 2006
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

Witness: _____        Signed: _____
U.S. Probation Officer                  Probationer or Supervised Releasee
Justine P. Meddick                      Michael Kapral

_____5/19/06_____
DATE