PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: MICHAEL KAPRAL            Cr.: 94-00299-01 & 94-00448-01

Name of Sentencing Judicial Officer: The Honorable Alfred M. Wolen, U.S.D.J.
*Case was re-assigned to U.S. District Court Judge Dickenson R. Debevoise, on December 13, 2005.

Date of Original Sentence: 05/25/95

Original Offense: Count 1 of Dkt. No. 94-00448-001, Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846; Ct. 2 of Dkt. No. 94-00299-001, Income Tax Evasion, 26 U.S.C.§7201.

Original Sentence: 120 months imprisonment on Count 1 of Dkt. No. 94-00448-001, to be followed by 8 years supervised release. A $25,000 fine and $50 special assessment penalty was also imposed. Sentence was ordered to run concurrent to 60 months incarceration imposed on Count 2 of Dkt. No. 94-448-01, and 3 years supervised release. A $50 special assessment penalty and $25,000 fine was imposed which ran consecutive to the fine imposed on Indictment No. 94-00448-001.

Type of Supervision: supervised release           Date Supervision Commenced: 04/05/04

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On May 21, 2006, the offender was driving in Gibbsboro, New Jersey, when he was pulled over by a member of the Gibbsboro Police Department for a moving violation. The officer detected a strong odor of alcohol emanating from the vehicle. Kapral admitted to the officer that he had a "couple of drinks" earlier that evening, and he was subjected to, and subsequently failed several field sobriety tests. Kapral was arrested and charged with **Driving While Intoxicated, Reckless Driving, and Speeding.** Kapral was released on his own recognizance pending a hearing in Stratford Municipal Court, which is currently scheduled for June 15, 2006.

2          The offender has violated the supervision condition which states "**The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

During the course of an adjustment session conducted on June 1, 2006, Kapral admitted that he was drinking alcohol on the night he was arrested and charged with the above offenses. Kapral conceded that his decision to drink alcohol is contrary to the special condition prohibiting him from using alcohol while on supervised release.

U.S. Probation Officer Action:

No Court intervention is requested at this time. This officer will continue to track the status of the offender's charges and will re-address these infractions once the pending charges are adjudicated. Kapral's term of supervised release was recently modified to include 3 months home confinement with electronic monitoring for a prior D.U.I. conviction. He is currently participating in a substance abuse treatment program at Sodat, Camden, New Jersey, and he is being subjected to an enhanced reporting schedule with increased urine monitoring. Kapral is currently in compliance with his recommended treatment plan.

Respectfully submitted,

By: Justine P. Meddick
U.S. Probation Officer
Date: 06/12/06

*The court directs that additional action be taken as follows:*

[x] The Court concurs with the recommended actions proposed by the U.S. Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

June 15, 2006
Date