PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Michael Kapral                                        Cr.: 94-000299-01

Name of Sentencing Judicial Officer: Alfred M. Wolin, United States District Judge

Reassigned to Honorable Dickinson R. Debeviose, Senior United States District Judge on December 21, 2005

Date of Original Sentence: May 25, 1995

Original Offense: (Count Two) Income Tax Evasion, in violation 26 U.S.C. § 7201

Original Sentence: Imprisonment - 60 months; Supervised Release - three (3) years; (Imprisonment and Supervised Release concurrent to Docket Number 94-000448-01); Fine - $25,000; Special Assessment - $50; (Fine and Special Assessment consecutive to Docket Number 94-00448-01). Special conditions included: Alcohol testing and/or treatment; cooperation with the Internal Revenue Services by filing all delinquent or amended returns within a time period established by the U.S. Probation Office and to timely file all future returns that come due during the period of probation; full financial disclosure;

Type of Supervision: Supervised Release                Date Supervision Commenced: April 5, 2004

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the supervision condition which states '**The defendant shall pay a fine in the amount of $25,000.**

The offender 's term of supervision is scheduled to expire on April 4, 2007. As of this date, February 28, 2007, he has an outstanding fine balance of $22,205.82.

U.S. Probation Officer Action:

Since commencing his term of supervision on April 5, 2004, the Probation Office has monitored the offender's conduct and financial condition throughout his term of supervision. Mr. Kapral has contributed monthly payments towards his fine obligation to the best of his ability.

Mr. Kapral was diagnosed with a detached retina which has required him to undergo numerous surgeries to repair same. To date, Mr. Kapral has still not fully recovered from his surgeries. His poor vision qualifies him as legally blind. He is currently unable to work and is subsisting on monthly Social Security Disability benefits.

The Probation Office respectfully requests that Mr. Kapral's term of Supervised Release be allowed to expire on April 4, 2007, as scheduled. Upon expiration of the supervision term, collection of the remaining fine balance will be pursued by the Financial Litigation Unit of the U.S. Attorney's Office. Note that the offender will remain under supervision under Docket No. 94-CR-00488-01, and that we will continue to collect payments towards the $25,000 fine that was imposed on Docket No. 94-CR-299-01

Respectfully submitted,

By: Ryan A. Klein
U.S. Probation Officer
Date: March 2, 2007

---

*The Court directs that the following action be taken:*

[X] Allow the Offender's Supervised Release to Expire, as Scheduled, on April 4, 2007
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other _____

Signature of Judicial Officer

March 6, 2007
Date